**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Mildred D. Danko<br>_Debtor_ | CHAPTER 13<br><br>BKY. NO. 18-23598 CMB |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of Fay Servicing, LLC, as servicer for U.S. Bank Trust National Association, as trustee for CVF III Mortgage Loan Trust II and index same on the master mailing list.

                                      Respectfully submitted,

                                      **/s/James C. Warmbrodt, Esquire**
                                      James C. Warmbrodt, Esquire
                                      Attorney I.D. No. 42524
                                      KML Law Group, P.C.
                                      BNY Mellon Independence Center
                                      701 Market Street, Suite 5000
                                      Philadelphia, PA 19106
                                      412-430-3594
                                      jwarmbrodt@kmllawgroup.com