IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Case No. 18-23598 CMB |
| | : | |
| Mildred D. Danko, | : | Chapter 13 |
| | : | |
| Debtor. | : | Document No. |
| | : | |
| Mildred D. Danko, | : | |
| | : | |
| Movant, | : | |
| | : | |
| vs. | : | |
| | : | |
| US Bank N.A. c/o Selene Finance and Ronda J. Winnecour, Chapter 13 Trustee, | : | |
| | : | |
| Respondents. | | |

CERTIFICATE OF SERVICE OF LOSS
MITIGATION ORDER DATED NOVEMBER 16, 2018

I, Daniel R. White, Attorney for Debtors, certify that I caused to be served on the 16th day of November, 2018, a copy of the Loss Mitigation Order dated November 16, 2018, upon Ronda J. Winnecour, Chapter 13 Trustee via electronic mail and upon the Respondent and the attorney of record for the Respondent as follows:

McCabe, Weisberg & Conway, P.C
c/o Celine P. DerKrikorian, Esquire
123 S. Broad Street-Suite 1400
Philadelphia, PA 19109

Method of service: First class mail, postage prepaid.

Total Number of Parties Served: 1

Date executed: November 16, 2018

ZEBLEY, MEHALOV & WHITE, P.C.

By: /s/ Daniel R. White
  Daniel R. White
  PA I.D. No. 78718
  Zebley Mehalov & White, P.C.
  P.O. Box 2123
  Uniontown, PA 15401
  (724) 439-9200
  E-mail: dwhite@Zeblaw.com
  Attorney for Debtor