IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Case No. 18-23598 CMB |
| | : | |
| Mildred D. Danko, | : | Chapter 13 |
| | : | |
| Debtor. | : | Document No.  26 |
| | : | |
| Mildred D. Danko, | : | |
| | : | |
| Movant, | : | |
| | : | |
| vs. | : | |
| | : | |
| US Bank N.A. c/o Selene Finance and | : | |
| Ronda J. Winnecour, Chapter 13 | : | |
| Trustee, | : | |
| | : | |
| Respondents. | | |

## LOSS MITIGATION ORDER

A ***Motion for Loss Mitigation*** was filed by Debtor, Mildred D. Danko, on October 31, 2018. The Parties have had notice and an opportunity to object and the Court has reviewed any objections filed thereto.

***AND NOW***, this ____16th____ day of ____November_____, 2018 it is hereby **ORDERED** that:

(1)    The following parties are directed to participate in the Court's ***Loss Mitigation Program*** **(LMP)** as set forth in *W.PA.LBR 9020-1 through 9020-7.*

Debtor: Mildred D. Danko

Creditor: US Bank N.A. c/o Selene Finance

(2)    **During the Loss Mitigation Period**, the Debtor shall make (or cause to be made) adequate protection payments in the amount of $505.17 per month to the Creditor or the Creditor's designee pursuant to *W.PA.LBR 9020-3(g)*.

(3)    ***Within fourteen (14) days from the entry of this Order***, the Creditor shall register and post its entire Core LMP Package through the Portal (if not previously registered) pursuant to *W.PA.LBR 9020-1 through 9020-7.*

(4)    ***Within seven (7) days from the entry of this Order*** or Creditor's registration on the Portal, whichever is later, the Debtor shall upload a Core LMP Package through the Portal pursuant to *W.PA.LBR 9020-*4(c).

(5)    ***Within fourteen (14) days of the Debtor's submission of the  Core LMP Package***, the Creditor shall acknowledge receipt and designate the single point of contact for Debtor's review *W.PA.LBR 9020-*4(d).

  (6) *Within sixty (60) days from the entry of this Order*, the Debtor shall file and serve upon all Interested Parties an LMP Status Report, pursuant to *W.PA.LBR 9020*-4(e).

  (7) *One hundred twenty (120) days from the entry of this Order*, the LMP Period shall terminate unless extended pursuant to *W.PA.LBR 9020-5*.

  (8) *Within seven (7) days of termination of the loss mitigation Period*, the Debtor shall submit an LMP Final Report pursuant to *W.PA.LBR 9020*-4(f).

  (9) Debtor shall *immediately* serve a copy of this Order on Creditor and file a certificate of service evidencing same.

Carlota M. Böhm       **kmt**

Carlota M. Böhm
Chief United States Bankruptcy Court Judge

FILED
11/16/18 4:13 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                              Case No. 18-23598-CMB
Mildred D. Danko                                                    Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: kthe              Page 1 of 1            Date Rcvd: Nov 16, 2018
                              Form ID: pdf900         Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 18, 2018.
db              +Mildred D. Danko,    P.O. Box 542,    Republic, PA 15475-0542

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 16, 2018 at the address(es) listed below:
        Daniel R. White    on behalf of Debtor Mildred D. Danko dwhite@zeblaw.com,
         gianna@zeblaw.com;dwhite.zmw@gmail.com;r63228@notify.bestcase.com
        James  Warmbrodt    on behalf of Creditor    Fay Servicing, LLC, as servicer for U.S. Bank Trust
         National Association, as trustee for CVF III Mortgage Loan Trust II bkgroup@kmllawgroup.com
        James  Warmbrodt    on behalf of Creditor    U.S. Bank Trust National Association, as trustee for
         CVF III Mortgage Loan Trust II bkgroup@kmllawgroup.com
        Lisa  Cancanon    on behalf of Creditor    CVF III Mortgage Loan Trust II, lisac@w-legal.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                              TOTAL: 6