PROCEEDING MEMO

Date: 04/10/2019 10:00 am

In re: Mildred D. Danko

Bankruptcy No. 18-23598-CMB
Chapter: 13
Doc. # 26

Appearances:

Movant(s): Daniel R. White

Respondents: ~~Winnecour/ Raiff / Katz /~~ DeSimone

Creditor(s):   Lauren Carl

Nature of Proceeding: #26 Status Conference Re: Loss Mitigation to determine whether the modification terms were offered by Creditor in "good faith."

Additional Pleadings: #26 Motion For Loss Mitigation with U.S. Bank N.A. c/o Selene Finance; #32 Loss Mitigation Order; #33 Certificate of Service; #38 Loss Mitigation Status Report; #41 Motion to Extend the Loss Mitigation Period; #42 Order Granting Motion to Extend the Loss Mitigation Period and setting Status Conference

Judge's Notes:

LMP extended to August 30, 2019.

Outcome:

_____ Motion is GRANTED _____Order entered
_____ Motion is DENIED_____Order entered
_____ Motion WITHDRAWN
_____ Motion is DISMISSED      Order entered
_____ Reschedule for Proper Service
_____ Case DISMISSED        Order entered
_____ Parties to submit Order/Settlement/Stipulation by _____days
_____ CONTINUED MATTER:   _____for at least _____days (Court to Issue Order)
_____ to hearing date of _____
_____ ISSUE EVIDENTIARY HEARING NOTICE
_____ Discovery time needed _____ days
_____ Briefs to be filed:   Movant(s) brief due _____days
                        Respondent(s) brief due _____days
                        Trustee's brief due _____days

Carlota M. Böhm
Chief U.S. Bankruptcy Judge

FILED
4/11/19 8:13 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA