IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | Bankruptcy No. 18-23598-CMB |
| Mildred D. Danko | ) | |
| | ) | |
| | ) | Chapter 13 |
| Debtors | ) | |
| | ) | Related to Document No. 41 |
| | ) | |
| Mildred D. Danko | ) | |
| Movants | ) | |
| | ) | |
| v. | ) | |
| US Bank N.A. c/o Selene Finance and | ) | |
| Ronda J. Winnecour, Chapter 13 Trustee | ) | |
| Respondent | ) | |
| | ) | |

## ORDER OF COURT

AND NOW, this **10th day of April, 2019,** it is hereby ORDERED, ADJUDGED, and DECREED that the Loss Mitigation period is extended up to and including **August 30, 2019** in accordance with the hearing held on April 10, 2019.

Carlota M. Böhm
Chief United States Bankruptcy Judge

FILED
4/11/19 8:07 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                 Case No. 18-23598-CMB
Mildred D. Danko                                                       Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: gamr              Page 1 of 1              Date Rcvd: Apr 11, 2019
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 13, 2019.
db              +Mildred D. Danko,    P.O. Box 542,    Republic, PA 15475-0542

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 13, 2019                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 11, 2019 at the address(es) listed below:
          Daniel R. White    on behalf of Debtor Mildred D. Danko dwhite@zeblaw.com,
           gianna@zeblaw.com;dwhite.zmw@gmail.com;r63228@notify.bestcase.com
          James   Warmbrodt    on behalf of Creditor    Fay Servicing, LLC, as servicer for U.S. Bank Trust
           National Association, as trustee for CVF III Mortgage Loan Trust II bkgroup@kmllawgroup.com
          James   Warmbrodt    on behalf of Creditor    U.S. Bank Trust National Association, as trustee for
           CVF III Mortgage Loan Trust II bkgroup@kmllawgroup.com
          Kevin M Buttery    on behalf of Creditor    U.S. Bank Trust National Association, as trustee for
           CVF III Mortgage Loan Trust II kbuttery@rascrane.com
          Lisa   Cancanon    on behalf of Creditor    CVF III Mortgage Loan Trust II, lisac@w-legal.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 7