IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Case No. 18-23598 CMB |
| | : | |
| Mildred D. Danko, | : | Chapter 13 |
| | : | |
| Debtor. | : | Document No. |
| | : | |
| Mildred D. Danko, | : | |
| | : | |
| Movant, | : | |
| | : | |
| vs. | : | |
| | : | |
| US Bank N.A. c/o Selene Finance and Ronda J. Winnecour, Chapter 13 Trustee, | : | |
| | : | |
| Respondents. | | |

CERTIFICATE OF SERVICE OF INTERIM MORTGAGE MODIFICATION ORDER

I, Daniel R. White, Attorney for Debtors, certify that I caused to be served on the 25TH day of April, 2019, a copy of the Interim Mortgage Modification Order upon Ronda J. Winnecour, Chapter 13 Trustee via electronic mail at lmp@chapter13trusteewdpa.com and uploaded to LMP Portal.

Method of service: First class mail, postage prepaid.

Total Number of Parties Served: 1

Date executed: April 25, 2019

ZEBLEY, MEHALOV & WHITE, P.C.

By: /s/ Daniel R. White
 Daniel R. White
 PA I.D. No. 78718
 Zebley Mehalov & White, P.C.
 P.O. Box 2123
 Uniontown, PA 15401
 (724) 439-9200
 E-mail: dwhite@Zeblaw.com
 Attorney for Debtor