## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No.  18-23598 CMB |
| | : | |
| Mildred D. Danko, | : | Chapter 13 |
| | : | |
| Debtor. | : | Related to Document No.    48 |
| | : | |
| Mildred D. Danko, | : | |
| | : | |
| Movant, | : | |
| | : | |
| vs. | : | |
| | : | |
| Fay Servicing, | : | |
| | : | |
| Respondent. | : | |

## INTERIM  MORTGAGE MODIFICATION ORDER

On April 23, 2019,  the above named Debtor, Mildred D. Danko, and Respondent, Fay

Servicing, ("Creditor") entered into a trial modification (the "Trial Modification"), with respect to the

FIRST mortgage on the Debtor's residence.  The terms of the Trial Modification require monthly

payments in the amount of $838.33, ("Trial Payments") to begin on **May 1, 2019** and to continue in

that amount until **July 1, 2019** (the "Trail Modification Period").  In light of the need for an immediate

change in the distribution to the Creditor, the Debtor request the Court to enter this *Interim Mortgage*

*Modification Order* until a final, permanent modification can be presented to the Court for approval.


*AND NOW,* this ___24th__ day of ___April_____, *2019,* for the foregoing reasons it is hereby

***ORDERED***, ***ADJUDGED and DECREED*** that:

(1) The Chapter 13 Trustee is authorized and directed to modify the distributions to the above named Creditor for the Trial Modification Period. Each Trial Payment shall be made in the amount of $838.33 for the following months: May 1, 2019, June 1, 2019, and July 1, 2019. Following the Trial Modification Period, the Chapter 13 Trustee shall continue to make distributions in the same amount as the Trial Payments until further Order of Court.

(2) In the event that a Permanent Modification is reached between the Parties, the Debtor *immediately* shall file a *Motion to Authorize the Loan Modification* in compliance with *W.PA.LBR 9020-6(d)*.

(3) Any Party may seek a further hearing regarding the amendment or termination of this *Order* at any time during the Trial Modification Period by filing an appropriate Motion.

(4) Within three (3) days of entry of this *Order*, Debtor shall serve this *Order* electronically on the Chapter 13 Trustee at the following email address: **LMP@chapter13trusteewdpa.com** and Debtor shall not be entitled to rely on CM/ECF or United States Mail for service of this *Order* on the Chapter 13 Trustee. The Debtor Certificate of Service shall reflect service upon the above identified email address.

Carlota M. Böhm
dmk

Carlota M. Böhm
Chief United States Bankruptcy Court Judge

FILED
4/24/19 2:18 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                           Case No. 18-23598-CMB
Mildred D. Danko                                                                 Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: dsaw              Page 1 of 1              Date Rcvd: Apr 24, 2019
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 26, 2019.
db              +Mildred D. Danko,     P.O. Box 542,    Republic, PA 15475-0542

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 26, 2019                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 24, 2019 at the address(es) listed below:
          Daniel R. White    on behalf of Debtor Mildred D. Danko dwhite@zeblaw.com,
           gianna@zeblaw.com;dwhite.zmw@gmail.com;r63228@notify.bestcase.com
          James  Warmbrodt    on behalf of Creditor    Fay Servicing, LLC, as servicer for U.S. Bank Trust
           National Association, as trustee for CVF III Mortgage Loan Trust II bkgroup@kmllawgroup.com
          James  Warmbrodt    on behalf of Creditor    U.S. Bank Trust National Association, as trustee for
           CVF III Mortgage Loan Trust II bkgroup@kmllawgroup.com
          Kevin M Buttery    on behalf of Creditor    U.S. Bank Trust National Association, as trustee for
           CVF III Mortgage Loan Trust II kbuttery@rascrane.com
          Lisa  Cancanon    on behalf of Creditor    CVF III Mortgage Loan Trust II, lisac@w-legal.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                TOTAL: 7