UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

*Conciliation Conference:*

| | |
|---|---|
| **Debtor:** | MILDRED D. DANKO |
| **Case Number:** | 18-23598-CMB    **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, JUNE 13, 2019 11:00 AM  3251 US STEEL |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE |

FILED
6/13/19 3:57 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

*Matter:*

#17 - Continued Confirmation of Plan Dated 10/3/2018 (NFC)
R / M #: 17 / 0

*Appearances:*

Debtor: White
Trustee: Winnecour / Pail / Katz / (DeSimone)
Creditor:

*Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to 10-3-19 at 10:30.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. ✓ Other: Continue for LMP

6/6/2019    4:05:32PM