UNITED STATES BANKRUPTCY COURT
Western DISTRICT OF Pennsylvania

In Re:                                                                    Case No. 18-23598

                                                                          Claim No. : 5

MILDRED D. DANKO

Debtor(s)

### NOTICE OF CREDITOR CHANGE OF ADDRESS

The creditor **U.S. Bank Trust National Association, as trustee for CVF III Mortgage Loan Trust II** in the above entitled case hereby requests that the mailing address pertaining to NOTICES AND PAYMENTS, listed in the above stated case be changed.

**Address where Notices to the creditor be sent:**

| From | To |
|---|---|
| Fay Servicing, LLC | Fay Servicing, LLC |
| 3000 Kellway Drive, Suite 150 | PO Box 814609, |
| Carrollton, TX 75006 | Dallas, TX 75381-4609 |

**Address where Payments to the creditor be sent:**

| From | To |
|---|---|
| Fay Servicing, LLC | Fay Servicing, LLC |
| 3000 Kellway Drive, Suite 150 | PO Box 814609, |
| Carrollton, TX 75006 | Dallas, TX 75381-4609 |

Date: 06/24/2019                                  Creditor's Authorized Agent for Fay Servicing, LLC