File No.: 11127-003

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Case No. 18-23598 CMB |
| | : | |
| Mildred D. Danko, | : | Chapter 13 |
| | : | |
| Debtor. | : | Document No. ___ |
| | : | |
| Mildred D. Danko, | : | |
| | : | |
| Movants, | : | |
| | : | |
| vs. | : | |
| | : | |
| Fay Servicing, LLC and Ronda J. Winnecour, Chapter 13 Trustee, | : : | |
| | : | |
| Respondent. | : | |

CERTIFICATE OF SERVICE OF THE MOTION TO
EXTEND THE LOSS MITIGATION PERIOD AND PROPOSED ORDER

I, Daniel R. White, Attorney for Debtor, certify that the following were served on the 10th day of September, 2019, a copy of the Motion to Extend the Loss Mitigation Period and Proposed Order upon Ronda J. Winnecour, Chapter 13 Trustee via electronic mail, uploaded to the LMP Portal and upon the attorney of record for the Respondent, Kevin Buttery, Esquire, and James Warmbrodt, Esquire, via electronic mail and upon the Respondent as follows:

Fay Servicing, LLC
PO Box 814609
Dallas, TX 75381-4609

Method of service: First class mail, postage prepaid

Number of parties served: 4

Date executed: September 10, 2019

ZEBLEY, MEHALOV & WHITE, P.C.

By: /s/ Daniel R. White
Daniel R. White
PA I.D. No. 78718
Zebley Mehalov & White, P.C.
P.O. Box 2123
Uniontown, PA 15401
(724) 439-9200
E-mail: dwhite@Zeblaw.com
Attorney for Debtor