IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Case No. 18-23598 CMB |
| Mildred D. Danko, | : | Chapter 13 |
| Debtor. | : | Related to: Document No. 54 |
| Mildred D. Danko, | : | |
| Movant, | : | |
| vs. | : | |
| Fay Servicing, LLC and Ronda J. Winnecour, Chapter 13 Trustee, | : | |
| Respondent. | : | |

ORDER ON MOTION TO EXTEND THE LOSS MITIGATION PERIOD

A Loss Mitigation Order dated April 11, 2019, was entered in the above matter at Document No. 46. On September 10, 2019, a Motion to Extend the Loss Mitigation Period was filed by Movant at Document No. 54.

AND NOW, this 23rd day of September, 2019, it is hereby ORDERED, ADJUDGED AND DECREED that the loss mitigation period is extended up to and including November 15, 2019.

By the Court,

Carlota M. Böhm
Chief United States Bankruptcy Judge

glb

FILED
9/23/19 2:23 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 18-23598-CMB
Mildred D. Danko                                                          Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: gamr                Page 1 of 1              Date Rcvd: Sep 23, 2019
                              Form ID: pdf900           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 25, 2019.
db              +Mildred D. Danko,    P.O. Box 542,    Republic, PA 15475-0542

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 25, 2019                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 23, 2019 at the address(es) listed below:
              Daniel R. White    on behalf of Debtor Mildred D. Danko zmwchapter13@gmail.com,
               gianna@zeblaw.com;sheila@zeblaw.com;r63228@notify.bestcase.com
              James   Warmbrodt    on behalf of Creditor    Fay Servicing, LLC, as servicer for U.S. Bank Trust
               National Association, as trustee for CVF III Mortgage Loan Trust II bkgroup@kmllawgroup.com
              James   Warmbrodt    on behalf of Creditor    U.S. Bank Trust National Association, as trustee for
               CVF III Mortgage Loan Trust II bkgroup@kmllawgroup.com
              Kevin M Buttery    on behalf of Creditor    U.S. Bank Trust National Association, as trustee for
               CVF III Mortgage Loan Trust II kbuttery@rascrane.com
              Lisa   Cancanon    on behalf of Creditor    CVF III Mortgage Loan Trust II, lisac@w-legal.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                               TOTAL: 7