IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Case No. 18-23598 CMB |
| Mildred D. Danko, | : | Chapter 13 |
| Debtor. | : | Document No. 59 |
| Mildred D. Danko, | : | |
| Movant, | : | |
| vs. | : | |
| Fay Servicing, LLC and Ronda J. Winnecour, Chapter 13 Trustee, | : | |
| Respondents. | : | |

## ORDER

A *Loss Mitigation Order* dated December 28, 2018, was entered in the above matter at Document No. 31.  On December 30, 2019, a ***Motion to Extend the Loss Mitigation Period*** was filed by Movant, Mildred D. Danko at Document No. _59_.

*AND NOW*, this _10th_ day of _January_, 2020, it is hereby **ORDERED, ADJUDGED AND DECREED** that the loss mitigation period is extended up to and including March ~~31~~ 25, 2020, and that a Status Conference to determine why the permanent modification documents have not been offered by Creditor is scheduled for _Mar. 25_ ___, 2020, at _10:00 A.M._.

By the Court,

Carlota M. Böhm      glb
Carlota M. Böhm
Chief United States Bankruptcy Judge

FILED
1/10/20 12:52 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                          Case No. 18-23598-CMB
Mildred D. Danko                                                                                Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2           User: gamr                    Page 1 of 1              Date Rcvd: Jan 10, 2020
                               Form ID: pdf900               Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 12, 2020.
db             +Mildred D. Danko,    P.O. Box 542,    Republic, PA 15475-0542
14949919        Fay Servicing, LLC,    PO Box 814609,    Dallas, TX 75381-4609

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 10, 2020 at the address(es) listed below:
              Daniel R. White    on behalf of Debtor Mildred D. Danko zmwchapter13@gmail.com,
               gianna@zeblaw.com;sheila@zeblaw.com;r63228@notify.bestcase.com
              James  Warmbrodt    on behalf of Creditor    Fay Servicing, LLC, as servicer for U.S. Bank Trust
               National Association, as trustee for CVF III Mortgage Loan Trust II bkgroup@kmllawgroup.com
              James  Warmbrodt    on behalf of Creditor    U.S. Bank Trust National Association, as trustee for
               CVF III Mortgage Loan Trust II bkgroup@kmllawgroup.com
              Kevin M Buttery    on behalf of Creditor    U.S. Bank Trust National Association, as trustee for
               CVF III Mortgage Loan Trust II kbuttery@rascrane.com
              Lisa  Cancanon    on behalf of Creditor    CVF III Mortgage Loan Trust II, lisac@w-legal.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 7