# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

**Debtor:** MILDRED D. DANKO
**Case Number:** 18-23598-CMB     **Chapter:** 13
**Date / Time / Room:** THURSDAY, JANUARY 30, 2020  11:30 AM   3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

### *Matter:*

#17 - Continued Confirmation of Plan Dated 10/3/2018 (NFC)
R / M #: 17 / 0

### *Appearances:*

Debtor: White
Trustee: Winnecour / ~~Pai~~ / ~~Katz~~ / DeSimone
Creditor:

LMP pending

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to 4/23/20 at 11:30 pm
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:



FILED
JAN 31 2020
CLERK, U.S. ...
WEST... ...