Form RSC Conciliation (Reschedule Conciliation–COVID)

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Mildred D. Danko** | : | Case No. 18–23598–CMB |
| *Debtor(s)* | : | |
| | : | Chapter: 13 |
| | : | |
| | : | |
| | : | |

### ORDER RESCHEDULING CHAPTER 13 PLAN CONCILIATION CONFERENCE

*AND NOW,* this **The 1st of April, 2020**, due to the COVID–19 virus pandemic, the conciliation conference scheduled for 04/23/2020 at 1:30 p.m. is **RESCHEDULED** to *7/2/20 at 11:00 AM 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.*

Dated: April 1, 2020

cm: Debtor
    Debtor's Counsel
    Trustee

Carlota M. Böhm, Judge
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Mildred D. Danko  
      Debtor

Case No. 18-23598-CMB  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: gamr     Page 1 of 1     Date Rcvd: Apr 01, 2020  
                     Form ID: RSCcon3     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 03, 2020.  
db           +Mildred D. Danko,    P.O. Box 542,    Republic, PA 15475-0542

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                     TOTAL: 0

               ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 03, 2020                                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 1, 2020 at the address(es) listed below:

            Daniel R. White    on behalf of Debtor Mildred D. Danko zmwchapter13@gmail.com,  
             gianna@zeblaw.com;sheila@zeblaw.com;r63228@notify.bestcase.com  
           James Warmbrodt    on behalf of Creditor    Fay Servicing, LLC, as servicer for U.S. Bank Trust National Association, as trustee for CVF III Mortgage Loan Trust II bkgroup@kmllawgroup.com  
           James Warmbrodt    on behalf of Creditor    U.S. Bank Trust National Association, as trustee for CVF III Mortgage Loan Trust II bkgroup@kmllawgroup.com  
           Kevin M Buttery    on behalf of Creditor    U.S. Bank Trust National Association, as trustee for CVF III Mortgage Loan Trust II kbuttery@rascrane.com  
           Lisa Cancanon    on behalf of Creditor    CVF III Mortgage Loan Trust II, lisac@w-legal.com  
           Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
           Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
                                                                                                TOTAL: 7