# PROCEEDING MEMO

**Date: 04/15/2020 12:00 pm**

**In re:    Mildred D. Danko**

                                        **Bankruptcy No. 18-23598-CMB**
                                        **Chapter: 13**
                                          **Doc. # 61**

**Appearances:  BY PHONE:  Owen Katz; Daniel R. White; Keri Ebeck**

**Nature of Proceeding: #61 Rescheduled Status Conference Re: To Determine Why the Permanent Modification Documents Have Not Been Offered by Creditor**

**Additional Pleadings: #63 BNC Certificate of Mailing**
                             **#65 TEXT ORDER Signed 03/13/2020 - The Hearing scheduled for 03/25/2020 at 10:00 a.m. is CANCELLED and RESCHEDULED to: 04/15/2020 at 12:00 p.m. (NOON)**

**Judge's Notes:**
 - Permanent modification was sent to Debtor. Issue with signature for Debtor and notary being on different pages. Debtor has requested that lender provide a new agreement with signature and notary on same page.
 - Delays also caused by COVID-19 and offices being shutdown.
 - Attorney Ebeck will work with Attorney White to resolve this issue.

 **Outcome**: Counsel to work together to resolve. Status conference concluded. LMP extended to July 1st.

                                                **Carlota M. Böhm**
                                               **Chief U.S. Bankruptcy Judge**

                                               FILED
                                               4/15/20 4:20 pm
                                               CLERK
                                               U.S. BANKRUPTCY
                                               COURT - WDPA