IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | Case No. 18-23598 CMB |
| Mildred D. Danko, | Chapter 13 |
| Debtor. | Related to: Document No. 59 |
| Mildred D. Danko, | |
| Movant, | |
| vs. | |
| Fay Servicing, LLC and Ronda J. Winnecour, Chapter 13 Trustee, | |
| Respondents. | |

## ORDER

A *Loss Mitigation Order* dated December 28, 2018, was entered in the above matter at Document No. 31. On December 30, 2019, a ***Motion to Extend the Loss Mitigation Period*** was filed by Movant, Mildred D. Danko at Document No. 59.

*AND NOW*, this 15th day of April, 2020, it is hereby **ORDERED, ADJUDGED AND DECREED** that the loss mitigation period is extended up to and including July 1, 2020. The Loss Mitigation Final Report is due on or before 07/08/2020.

By the Court,

Carlota M. Böhm    glb
Chief United States Bankruptcy Judge

FILED
4/15/20 4:19 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Mildred D. Danko  
      Debtor

Case No. 18-23598-CMB  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: gamr    Page 1 of 1    Date Rcvd: Apr 15, 2020  
                    Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 17, 2020.  
db              +Mildred D. Danko,    P.O. Box 542,    Republic, PA 15475-0542

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 17, 2020                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 15, 2020 at the address(es) listed below:  
      Daniel R. White    on behalf of Debtor Mildred D. Danko zmwchapter13@gmail.com, gianna@zeblaw.com;sheila@zeblaw.com;r63228@notify.bestcase.com  
      James Warmbrodt    on behalf of Creditor   Fay Servicing, LLC, as servicer for U.S. Bank Trust National Association, as trustee for CVF III Mortgage Loan Trust II bkgroup@kmllawgroup.com  
      James Warmbrodt    on behalf of Creditor   U.S. Bank Trust National Association, as trustee for CVF III Mortgage Loan Trust II bkgroup@kmllawgroup.com  
      Kevin M Buttery    on behalf of Creditor   U.S. Bank Trust National Association, as trustee for CVF III Mortgage Loan Trust II kbuttery@rascrane.com  
      Lisa Cancanon    on behalf of Creditor   CVF III Mortgage Loan Trust II, lisac@w-legal.com  
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
                                                                                   TOTAL: 7