File No.: 11127-003

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Case No. 18-23598 CMB |
| | : | |
| Mildred D. Danko, | : | Chapter 13 |
| | : | |
| Debtor. | : | Document No. ___ |
| | : | |
| Mildred D. Danko, | : | Related to Document No. 69 |
| | : | |
| Movants, | : | |
| | : | |
| vs. | : | |
| | : | |
| Fay Servicing, LLC and Ronda J. Winnecour, Chapter 13 Trustee, | : | |
| | : | |
| Respondent. | : | |

### CERTIFICATE OF SERVICE OF THE COURT'S ORDER GRANTING MOTION TO EXTEND THE LOSS MITIGATION PERIOD

I, Daniel R. White, Attorney for Debtor, certify that the following was served on the 15th day of April, 2020, a copy of the Court's April 15, 2020, Order granting Motion to Extend the Loss Mitigation Period upon Ronda J. Winnecour, Chapter 13 Trustee via electronic mail and upon the attorney of record for the Respondent, Keri P. Ebeck, Esquire, via electronic mail on April 23, 2020.

Method of service: Electronic mail

Number of parties served: 2

Date executed: April 23, 2020

ZEBLEY, MEHALOV & WHITE, P.C.

By: /s/ Daniel R. White
Daniel R. White
PA I.D. No. 78718
Zebley Mehalov & White, P.C.
P.O. Box 2123
Uniontown, PA 15401
(724) 439-9200
E-mail: dwhite@Zeblaw.com
Attorney for Debtor