# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

| | |
|---|---|
| Debtor: | MILDRED D. DANKO |
| Case Number: | 18-23598-CMB    Chapter: 13 |
| Date / Time / Room: | THURSDAY, JULY 02, 2020 11:00 AM   3251 US STEEL |
| Hearing Officer: | CHAPTER 13 TRUSTEE |

FILED
7/8/20 2:45 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### *Matter:*

#17  - Continued Confirmation of Plan Dated 10/03/2018 (NFC)
R / M #:  17 / 0

### *Appearances:*

Debtor: White
Trustee: Winnecour / Pail / Katz / DeSimone
Creditor:

LMP pending

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. __✓__ Plan/Motion continued to 10/8/20 at 11:30 AM
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

6/25/2020  3:59:51PM