IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  Mildred D. Danko | : | Bankruptcy No. 18-23598-CMB |
| Debtor(s) | : | |
| | : | Chapter 13 |
| Lisa Cancanon | : | |
| Movant(s) | : | |
| | : | Related to: Document No. 73 |
| v. | : | |
| | : | |
| No Respondent | : | |
| Respondent(s) | : | |

## MOTION FOR WITHDRAWAL OF APPEARANCE
## AND TERMINATION OF CM/ECF RECORD

AND NOW comes Lisa Cancanon, counsel to CVF III Mortgage Loan Trust II in the above-captioned case, and certifies to this Honorable Court that she (a) has satisfied the interest of her client CVF III Mortgage Loan Trust II in the above-captioned case, and (b) has informed and received the consent of CVF III Mortgage Loan Trust II to withdraw her appearance in the above-captioned case. Having so certified, and pursuant to W.PA.LBR 9010-2(b), Lisa Cancanon requests that this Honorable Court grant her request for leave for withdrawal of her appearance and termination of her CM/ECF record in this case.

Date:  7/6/2020          Movant/Attorney: /s/ Lisa Cancanon
                                          Lisa Cancanon, Bar No. 323550
                                          Weinstein & Riley, P.S.
                                          11101 West 120th Ave, Ste 280
                                          Broomfield, Colorado 80021
                                          Phone: (303) 539-8607
                                          Email: lisac@w-legal.com

## ORDER

Based on the foregoing Motion for Withdrawal of Appearance, and pursuant to W.PA.LBR 9010-2(b), it is hereby ORDERED that Lisa Cancanon is GRANTED leave to withdraw from the above-captioned case, and the Clerk shall terminate the corresponding CM/ECF attorney record in this case.

Date: July 7, 2020        FILED                        *Carlota M. Böhm*
                          7/7/20 1:16 pm                                          glb
                          CLERK                        Carlota M. Böhm
                          U.S. BANKRUPTCY              Chief United States Bankruptcy Judge
                          COURT - WDPA

PAWB Local Form 17  (07/13)

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                    Case No. 18-23598-CMB
Mildred D. Danko                                                                          Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: dpas               Page 1 of 1              Date Rcvd: Jul 07, 2020
                              Form ID: pdf900          Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 09, 2020.
```
db          +Mildred D. Danko,    P.O. Box 542,    Republic, PA 15475-0542
cr           U.S. Bank Trust National Association, as trustee f,    C/O Fay Servicing, LLC,    PO Box 814609,
              Dallas, TX  75381-4609
14912904     Citifinancial Servicing, Inc.,    P.O. Box 6043,    Sioux Falls, SD 57117-6043
14946249    +Community Bank,    2111 N. Franklin Street,    Washington, PA 15301-5893
14912906     Ditech Financial, LLC,    Ditech Bankruptcy Department,    P.O. Box 6154,
              Rapid City, SD 57709-6154
14949919     Fay Servicing, LLC,    PO Box 814609,    Dallas, TX 75381-4609
14912908    +Fayette County Tax Claim Bureau,    c/o Sheryl R. Heid, Esq.,    4 North Beeson Boulevard,
              Uniontown, PA 15401-3438
14912907    +Fayette County Tax Claim Bureau,    Fayette County Courthouse,    61 East Main Street,
              Uniontown, PA 15401-3514
14925612    +P.O. Box 12914,    Norfolk, VA 23541-0914
14912910     Phelan Hallinan Diamond & Jones, LLP,    One Penn Center Plaza @ Suburban Station,
              1617 John F. Kennedy Blvd.--Suite 1400,    Philadelphia, PA 19103-1814
14925614     Weinstein & Riley, P.S.,    1111 West 120th Avenue #280,    Broomfield, CO 80021
14920489    +Wilmington Savings Fund Society,,    FSB Trustee(See 410),    c/o Specialized Loan Servicing LLC,
              8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
14925615    +Wilmington Savings Fund Society, FSB,    c/o Specialized Loan Servicing LLC,
              8742 Lucent Blvd.-Suite 300,    Highlands Ranch, CO 80129-2386
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14912905    +E-mail/Text: svlainich@communitybank.tv Jul 08 2020 05:04:51     Community Bank,
              90 West Chestnut Street--Suite 100,    Washington, PA 15301-4524
14912909     E-mail/PDF: cbp@onemainfinancial.com Jul 08 2020 04:58:17     One Main Financial,
              P.O. Box 140489,    Irving, TX 75014-0489
14946647     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 08 2020 05:00:06
              Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
14925613     E-mail/Text: bkteam@selenefinance.com Jul 08 2020 05:04:04     US Bank Trust N.A.,
              c/o Selene Finance LP,    P.O. Box 422039,    Houston, TX 77242-4239
                                                                                              TOTAL: 4

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            CVF III Mortgage Loan Trust II,
cr            Fay Servicing, LLC, as servicer for U.S. Bank Trus
                                                                                   TOTALS: 2, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 09, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 7, 2020 at the address(es) listed below:
```
              Daniel R. White    on behalf of Debtor Mildred D. Danko zmwchapter13@gmail.com,
               gianna@zeblaw.com;sheila@zeblaw.com;r63228@notify.bestcase.com
              James  Warmbrodt    on behalf of Creditor    Fay Servicing, LLC, as servicer for U.S. Bank Trust
               National Association, as trustee for CVF III Mortgage Loan Trust II bkgroup@kmllawgroup.com
              James  Warmbrodt    on behalf of Creditor    U.S. Bank Trust National Association, as trustee for
               CVF III Mortgage Loan Trust II bkgroup@kmllawgroup.com
              Kevin M Buttery    on behalf of Creditor    U.S. Bank Trust National Association, as trustee for
               CVF III Mortgage Loan Trust II kbuttery@rascrane.com
              Lisa  Cancanon    on behalf of Creditor    CVF III Mortgage Loan Trust II, lisac@w-legal.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 7
```