# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA
### PITTSBURGH DIVISION

| | |
|---|---|
| IN RE: | |
| **Mildred D. Danko**<br>　　　Debtor | CASE NO.: 18-23598-CMB |
| **Fay Servicing, LLC as servicer for U.S. Bank Trust National Association, as Trustee for CVF III Mortgage Loan Trust II**<br>　　　Movant | CHAPTER 13 |
| **Mildred D. Danko**<br>　　　Debtor/Respondent | |
| **Ronda J. Winnecour, Esquire**<br>　　　Trustee/Respondent | |

## NOTICE OF WITHDRAWAL

**PLEASE TAKE NOTICE THAT**, on behalf of Fay Servicing, LLC as servicer for U.S. Bank Trust National Association, as Trustee for CVF III Mortgage Loan Trust II ("Creditor"), the undersigned hereby withdraws the following document:

**Motion to Approve Loan Modification, Docket Entry #83, filed on September 24, 2020.**

Date:  September 30, 2020

　　　　　　　　　　　　　　　　　　　　**Robertson, Anschutz, Schneid & Crane LLC**

　　　　　　　　　　　　　　　　　　　　Attorney for Secured Creditor
　　　　　　　　　　　　　　　　　　　　10700 Abbott's Bridge Road, Suite 170
　　　　　　　　　　　　　　　　　　　　Duluth, GA 30097
　　　　　　　　　　　　　　　　　　　　Telephone: 470-321-7112
　　　　　　　　　　　　　　　　　　　　Fax: 404-393-1425
　　　　　　　　　　　　　　　　　　　　By: /s/ Charles G. Wohlrab
　　　　　　　　　　　　　　　　　　　　Charles Wohlrab, Esquire
　　　　　　　　　　　　　　　　　　　　Bar ID: 314532
　　　　　　　　　　　　　　　　　　　　Email: cwohlrab@rascrane.com

### **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on September 30, 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

Mildred D. Danko
P.O. Box 542
Republic, PA 15475

Daniel R. White
Zebley Mehalov & White, P.C.
18 Mill Street Square
P.O. Box 2123
Uniontown, PA 15401

Ronda J. Winnecour, Esq.
Chapter 13 Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburg, PA 15219

United States Trustee
Office of the U.S. Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

**Robertson, Anschutz, Schneid & Crane LLC**

Attorney for Secured Creditor
10700 Abbott's Bridge Road, Suite 170
Duluth, GA 30097
Telephone: 470-321-7112
Fax: 404-393-1425
By: /s/ Charles G. Wohlrab
Charles Wohlrab, Esquire
Bar ID: 314532
Email: cwohlrab@rascrane.com