# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

**Debtor:** MILDRED D. DANKO
**Case Number:** 18-23598-CMB    **Chapter:** 13
**Date / Time / Room:** THURSDAY, OCTOBER 08, 2020 11:30 AM  3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

FILED
10/9/20 2:57 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### *Matter:*

#17 Continued Confirmation of Plan Dated 10/03/2018 (NFC)
R / M #: 17 / 0

### *Appearances:*

White

Debtor:
Trustee: Winnecour / Pail / Katz / DeSimone    Warmbrodt

Creditor:

### *Proceedings:*

Hearing on appl to approve loan mod sched. 10/28/20

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to 11/19/20 at 11:00

8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
    Objections are due on or before _____.
    A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

10/2/2020  10:17:48AM