File No.: 11127-003

## UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Case No. 18-23598 CMB |
| | : | |
| Mildred D. Danko, | : | Chapter 13 |
| | : | |
|    Debtor. | : | Document No. |
| | : | |
| Mildred D. Danko, | : | Related to Document Nos. 86 & 87 |
| | : | |
|    Movant, | : | Responses due by: October 19, 2020 |
| | : | |
|    vs. | : | Hearing Date & Time: October 28, 2020, at |
| | : | 11:00 a.m. |
| U.S. Bank Trust, N.A. / Fay Servicing, LLC, | : | |
| | : | |
|    Respondents. | : | |
| | : | |

## CERTIFICATION OF NO OBJECTION REGARDING
## MOTION TO APPROVE LOAN MODIFICATION AGREEMENT

     The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Approve Loan Modification Agreement filed on October 1, 2020, has been received. The undersigned further certifies that he has reviewed the Court's docket in this case and that no answer, objection or other responsive pleading to the Motion to Approve Loan Modification Agreement appears thereon. Pursuant to the Notice of Hearing, objections were to be filed and served no later than October 19, 2020.

     It is hereby respectfully requested that the Order attached to the Motion to Approve Loan Modification Agreement be entered by the Court.

Dated: October 21, 2020

                                                             ZEBLEY MEHALOV & WHITE, P.C.
                                                             By:

                                                             /s/ Daniel R. White
                                                                  Daniel R. White
                                                                 PA I.D. No. 78718
                                                                P.O. Box 2123
                                                               Uniontown, PA 15401
                                                                724-439-9200
                                                                Email: dwhite@Zeblaw.com
                                                                Attorney for Debtor