# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Case No. 18-23598 CMB |
| | : | |
| Mildred D. Danko, | : | Chapter 13 |
| | : | |
|    Debtor. | : | Document No. |
| | : | |
| Mildred D. Danko, | : | Related to Document No. 90 |
| | : | |
|    Movant, | : | |
| | : | |
| vs. | : | |
| | : | |
| U.S. Bank Trust, N.A. / Fay Servicing, LLC, | : | |
| | : | |
|    Respondents. | : | |

### CERTIFICATE OF SERVICE OF THE COURT'S OCTOBER 22, 2020 ORDER

I, Daniel R. White, Attorney for Debtor, certify that I caused to be served on the 22nd day of October, 2020, a copy of the Court's October 22, 2020, Order upon Ronda J. Winnecour, Chapter 13 Trustee, via electronic mail and upon the Respondent as follows:

RAS CRANE, LLC (Doc #35)
c/o Charles G. Wohlrab, Esquire
Robertson, Anschutz, Schneid & Crane LLC
10700 Abbotts' Bridge Road, Suite 170
Duluth, GA 30097

Method of service: First class mail, postage prepaid.
Total Number of Parties Served: 1
Date executed: October 22, 2020

ZEBLEY, MEHALOV & WHITE, P.C.

By: /s/ Daniel R. White
    Daniel R. White
    PA I.D. No. 78718
    Zebley Mehalov & White, P.C.
    P.O. Box 2123
    Uniontown, PA 15401
    (724) 439-9200
    E-mail: dwhite@Zeblaw.com
    Attorney for Debtor