IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | Case No. 18-23598 CMB |
| Mildred D. Danko, | Chapter 13 |
| Debtor. | Related to: Document No. 86 |
| Mildred D. Danko, | **ENTERED BY DEFAULT** |
| Movant, | |
| vs. | |
| U.S. Bank Trust, N.A. / Fay Servicing, LLC, | |
| Respondents. | |

ORDER

And now, this  22nd  day of  October , 2020, the Loan Modification Agreement dated January 30, 2020, between Debtor, Mildred D. Danko, and Fay Servicing, LLC, which reduces the mortgage interest rate to 9.733%, sets the monthly principal and interest payment at $580.65 effective March 1, 2020, extends the mortgage maturity date to August 1, 2037, creates a balloon payment of $68,505.98 due on or before August 2037, and adds the mortgage delinquency to the outstanding principle balance bringing the mortgage current, is hereby APPROVED. It is further ORDERED that the Debtor shall file a LMP final report and an amended plan incorporating the terms of the approved loan modification within 30 days after this Order.

By the Court,

Carlota M. Böhm    glb
Chief United States Bankruptcy Judge

FILED
10/22/20 8:22 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 18-23598-CMB

Mildred D. Danko Chapter 13

    Debtor(s)

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: gamr | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Oct 22, 2020 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 24, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Mildred D. Danko, P.O. Box 542, Republic, PA 15475-0542 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 24, 2020      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 22, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor U.S. Bank Trust National Association as trustee for CVF III Mortgage Loan Trust II bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Fay Servicing LLC, as servicer for U.S. Bank Trust National Association, as trustee for CVF III Mortgage Loan Trust II bnicholas@kmllawgroup.com |
| Charles Griffin Wohlrab | on behalf of Creditor Fay Servicing LLC, as servicer for U.S. Bank Trust National Association, as trustee for CVF III Mortgage Loan Trust II cwohlrab@rascrane.com |
| Daniel R. White | on behalf of Debtor Mildred D. Danko zmwchapter13@gmail.com gianna@zeblaw.com;sheila@zeblaw.com;r63228@notify.bestcase.com |
| Kevin M Buttery | |

| | | |
|---|---|---|
| District/off: 0315-2 | User: gamr | Page 2 of 2 |
| Date Rcvd: Oct 22, 2020 | Form ID: pdf900 | Total Noticed: 1 |

on behalf of Creditor U.S. Bank Trust National Association  as trustee for CVF III Mortgage Loan Trust II
kbuttery@rascrane.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

TOTAL: 7