# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

**Debtor:** MILDRED D. DANKO
**Case Number:** 18-23598-CMB   **Chapter:** 13
**Date / Time / Room:** THURSDAY, NOVEMBER 19, 2020 11:00 AM   3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

FILED
11/20/20 2:22 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### Matter:

#17 Chapter 13 Plan Dated 10/03/2018 (NFC)
**R / M #:** 17 / 0

### Appearances:

Debtor: White
Trustee: Winnecour / Pail / Katz / DeSimone (DeSimone circled)
Creditor:

*Loan mod granted, can't do for amended plan*

### Proceedings:

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. ✓ An Amended Plan is to be served on all creditors and certificate of service filed by 11/25/20
   Objections are due on or before 12/23/20
   A hearing on the Amended Plan is set for 1/14/21 at 10:30 AM.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

11/10/2021 11:54:47 AM