Form 314

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Mildred D. Danko** | : | Case No. 18−23598−CMB |
| *Debtor(s)* | : | Chapter: 13 |
| | : | Next Hearing Date: January 14, 2021 at |
| | : | 10:30 a.m. |

## ORDER

*AND NOW,* this ***The 20th of November, 2020,*** as a result of the Proceeding held on November 19, 2020, it is hereby **ORDERED, ADJUDGED and DECREED** as follows: (only the provisions checked below apply to this case).

☐   A.   The Parties cannot resolve the plan disputes, therefore, ***on or before December 23, 2020,*** all ***Objections*** to the proposed *Plan*, if any, shall be filed and served on Debtor, Chapter 13 Trustee and any creditor whose claim may be affected by the Objection. ***Objections which are not timely filed will not be considered.***

***On January 14, 2021 at 10:30 AM,*** a Conciliation Conference is scheduled in remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com at which time the Proponent of any *Objection* to the *Plan* and Counsel for the Debtor(s) shall appear and mediate the issues raised in the *Objection*.

If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

☑   B.   ***On or before November 25, 2020,*** the Debtor shall file an ***Amended Plan***, serving a copy of the *Amended Plan* and this *Order* on the Chapter 13 Trustee and all interested parties (all Parties listed on the current mailing matrix) and file a Certificate of Service with the Clerk of the Bankruptcy Court. *Failure to timely comply with the filing of the Amended Plan referred to in this Order will result in the automatic dismissal of this case without further notice or hearing.* ***On or before December 23, 2020, Objections*** to the proposed *Plan*, if any, shall be filed and served on Debtor, Chapter 13 Trustee and any creditor whose claim may be affected by the Objection. ***Objections which are not timely filed will not be considered.***

***On January 14, 2021 at 10:30 AM,*** a Conciliation Conference is scheduled in remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com at which time the Proponent of any Objection to the Plan and Counsel for the Debtor(s) shall appear and mediate the issues raised in the Objection.

If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

continued on reverse side or next page

☐     C.

It is **FURTHER ORDERED** that the Debtor shall timely make full plan payments to the Chapter 13 Trustee, on or before the date upon which the respective plan payment is due, *time being of the essence*. The first payment is due thirty (30) days after the Chapter 13 Plan has been filed. Any failure to make pre−confirmation payments to the Trustee may result in the dismissal of the case upon the Trustee.s written or oral motion made prior to the or at the plan confirmation hearing.

Carlota M. Böhm, Judge
United States Bankruptcy Court

If Paragraph A, above, is checked, Case Administrator to serve all Parties on the Mailing Matrix.

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Mildred D. Danko  
    Debtor(s)

Case No. 18-23598-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: gamr      Page 1 of 2  
Date Rcvd: Nov 20, 2020      Form ID: 314      Total Noticed: 17

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 22, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mildred D. Danko, P.O. Box 542, Republic, PA 15475-0542 |
| cr | | U.S. Bank Trust National Association, as trustee f, C/O Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 14912904 | | Citifinancial Servicing, Inc., P.O. Box 6043, Sioux Falls, SD 57117-6043 |
| 14946249 | + | Community Bank, 2111 N. Franklin Street, Washington, PA 15301-5893 |
| 14912906 | | Ditech Financial, LLC, Ditech Bankruptcy Department, P.O. Box 6154, Rapid City, SD 57709-6154 |
| 14949919 | | Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 14912908 | + | Fayette County Tax Claim Bureau, c/o Sheryl R. Heid, Esq., 4 North Beeson Boulevard, Uniontown, PA 15401-3438 |
| 14912907 | + | Fayette County Tax Claim Bureau, Fayette County Courthouse, 61 East Main Street, Uniontown, PA 15401-3514 |
| 14925612 | + | P.O. Box 12914, Norfolk, VA 23541-0914 |
| 14912910 | | Phelan Hallinan Diamond & Jones, LLP, One Penn Center Plaza @ Suburban Station, 1617 John F. Kennedy Blvd.--Suite 1400, Philadelphia, PA 19103-1814 |
| 14925614 | | Weinstein & Riley, P.S., 1111 West 120th Avenue #280, Broomfield, CO 80021 |
| 14920489 | + | Wilmington Savings Fund Society,, FSB Trustee(See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 14925615 | + | Wilmington Savings Fund Society, FSB, c/o Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14912905 | + | Email/Text: svlainich@communitybank.tv | Nov 21 2020 01:44:26 | Community Bank, 90 West Chestnut Street--Suite 100, Washington, PA 15301-4524 |
| 14912909 | | Email/PDF: cbp@onemainfinancial.com | Nov 21 2020 01:33:50 | One Main Financial, P.O. Box 140489, Irving, TX 75014-0489 |
| 14946647 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 21 2020 01:33:55 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14925613 | | Email/Text: bkteam@selenefinance.com | Nov 21 2020 01:43:00 | US Bank Trust N.A., c/o Selene Finance LP, P.O. Box 422039, Houston, TX 77242-4239 |

TOTAL: 4

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | CVF III Mortgage Loan Trust II, |
| cr | | Fay Servicing, LLC, as servicer for U.S. Bank Trus |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2020                    Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 20, 2020 at the address(es) listed below:

**Name**                        **Email Address**

Brian Nicholas
   on behalf of Creditor U.S. Bank Trust National Association  as trustee for CVF III Mortgage Loan Trust II
   bnicholas@kmllawgroup.com

Brian Nicholas
   on behalf of Creditor Fay Servicing  LLC, as servicer for U.S. Bank Trust National Association, as trustee for CVF III Mortgage
   Loan Trust II bnicholas@kmllawgroup.com

Charles Griffin Wohlrab
   on behalf of Creditor Fay Servicing  LLC, as servicer for U.S. Bank Trust National Association, as trustee for CVF III Mortgage
   Loan Trust II cwohlrab@rascrane.com

Daniel R. White
   on behalf of Debtor Mildred D. Danko zmwchapter13@gmail.com
   gianna@zeblaw.com;sheila@zeblaw.com;r63228@notify.bestcase.com

Kevin M Buttery
   on behalf of Creditor U.S. Bank Trust National Association  as trustee for CVF III Mortgage Loan Trust II
   kbuttery@rascrane.com

Office of the United States Trustee
   ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
   cmecf@chapter13trusteewdpa.com

TOTAL: 7