UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: MILDRED D DANKO | CASE NO: 18-23598 CMB |
| | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 13 |
| | ECF Docket Reference No. 95 & 98 |
| | Hearing Date: January 14, 2021 |
| | Hearing Time: 10:30 a.m. |

On 12/1/2020, I did cause a copy of the following documents, described below,

Debtor's Amended Chapter 13 Plan Dated November 20, 2020, and the Court's November 20, 2020, Order upon Ronda J. Winnecour, Chapter 13 Trustee, via electronic mail and upon all creditors listed on the attached mailing matrix ECF Docket Reference No. 95 & 98

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 12/1/2020

/s/ Daniel R. White
Daniel R. White  78718
Zebley Mehalov & White, P.C.
P.O. Box 2123
Uniontown, PA  15401
724 439 9200

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: MILDRED D DANKO | CASE NO: 18-23598 CMB |
| | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 13<br>ECF Docket Reference No. 95 & 98<br>Hearing Date: January 14, 2021<br>Hearing Time: 10:30 a.m. |

On 12/1/2020, a copy of the following documents, described below,

Debtor's Amended Chapter 13 Plan Dated November 20, 2020, and the Court's November 20, 2020, Order upon Ronda J. Winnecour, Chapter 13 Trustee, via electronic mail and upon all creditors listed on the attached mailing matrix ECF Docket Reference No. 95 & 98

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 12/1/2020

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Daniel R. White
Zebley Mehalov & White, P.C.
P.O. Box 2123
Uniontown, PA  15401

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED THROUGH THE CM/ECF CLASSIFIED
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF RECIPIENT" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| CASE INFO | KEVIN M BUTTERY | CITIFINANCIAL SERVICING INC |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING 03152 | RAS CRANE | PO BOX 6043 |
| CASE 18-23598-CMB | 10700 ABBOTTS BRIDGE ROAD | SIOUX FALLS SD 57117-6043 |
| WESTERN DISTRICT OF PENNSYLVANIA | SUITE 170 | |
| PITTSBURGH | DULUTH GA 30097-8461 | |
| TUE DEC 1 11-58-12 EST 2020 | | |

| COMMUNITY BANK | COMMUNITY BANK | DEBTOR |
|---|---|---|
| 2111 N FRANKLIN STREET | 90 WEST CHESTNUT STREETSUITE 100 | MILDRED D DANKO |
| WASHINGTON PA 15301-5893 | WASHINGTON PA 15301-4524 | PO BOX 542 |
| | | REPUBLIC PA 15475-0542 |

| DITECH FINANCIAL LLC | FAY SERVICING LLC | FAYETTE COUNTY TAX CLAIM BUREAU |
|---|---|---|
| DITECH BANKRUPTCY DEPARTMENT | PO BOX 814609 | FAYETTE COUNTY COURTHOUSE |
| PO BOX 6154 | DALLAS TX 75381-4609 | 61 EAST MAIN STREET |
| RAPID CITY SD 57709-6154 | | UNIONTOWN PA 15401-3514 |

| FAYETTE COUNTY TAX CLAIM BUREAU | BRIAN NICHOLAS | OFFICE OF THE UNITED STATES TRUSTEE |
|---|---|---|
| CO SHERYL R HEID ESQ | KML LAW GROUP PC | LIBERTY CENTER |
| 4 NORTH BEESON BOULEVARD | 701 MARKET STREET | 1001 LIBERTY AVENUE SUITE 970 |
| UNIONTOWN PA 15401-3438 | SUITE 5000 | PITTSBURGH PA 15222-3721 |
| | PHILADELPHIA PA 19106-1541 | |

| ONE MAIN FINANCIAL | PO BOX 12914 | PENNSYLVANIA DEPARTMENT OF REVENUE |
|---|---|---|
| PO BOX 140489 | NORFOLK VA 235410914 | BANKRUPTCY DIVISION |
| IRVING TX 75014-0489 | | PO BOX 280946 |
| | | HARRISBURG PA 17128-0946 |

| PENNSYLVANIA DEPT OF REVENUE | PHELAN HALLINAN DIAMOND JONES LLP | PORTFOLIO RECOVERY ASSOCIATES LLC |
|---|---|---|
| DEPARTMENT 280946 | ONE PENN CENTER PLAZA SUBURBAN STATION | PO BOX 41067 |
| PO BOX 280946 | 1617 JOHN F KENNEDY BLVD--SUITE 1400 | NORFOLK VA 23541-1067 |
| ATTN- BANKRUPTCY DIVISION | PHILADELPHIA PA 19103-1814 | |
| HARRISBURG PA 17128-0946 | | |

| US BANK TRUST NATIONAL ASSOCIATION AS TRU | US BANK TRUST NA | WEINSTEIN RILEY PS |
|---|---|---|
| CO FAY SERVICING LLC | CO SELENE FINANCE LP | 1111 WEST 120TH AVENUE 280 |
| PO BOX 814609 | PO BOX 422039 | BROOMFIELD CO 80021 |
| DALLAS TX 75381-4609 | HOUSTON TX 77242-4239 | |

| EXCLUDE | WILMINGTON SAVINGS FUND SOCIETY | WILMINGTON SAVINGS FUND SOCIETY FSB |
|---|---|---|
| ~~DANIEL R WHITE~~ | FSB TRUSTEESEE 410 | CO SPECIALIZED LOAN SERVICING LLC |
| ~~ZEBLEY MEHALOV WHITE PC~~ | CO SPECIALIZED LOAN SERVICING LLC | 6200 S QUEBEC STREET |
| ~~18 MILL STREET SQUARE~~ | 8742 LUCENT BLVD SUITE 300 | GREENWOOD VILLAGE CO 80111-4720 |
| ~~PO BOX 2123~~ | HIGHLANDS RANCH COLORADO 80129-2386 | |
| ~~UNIONTOWN PA 15401-1723~~ | | |

| EXCLUDE | CHARLES GRIFFIN WOHLRAB | |
|---|---|---|
| ~~RONDA J WINNECOUR~~ | ROBERTSON ANSCHUTZ SCHNEID CRANE LLC | |
| ~~SUITE 3250 USX TOWER~~ | 10700 ABBOTTS BRIDGE ROAD SUITE 170 | |
| ~~600 GRANT STREET~~ | DULUTH GA 30097-8461 | |
| ~~PITTSBURGH PA 15219-2702~~ | | |