UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>MILDRED D DANKO | CASE NO: 18-23598 CMB<br>**DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br>Chapter: 13<br>ECF Docket Reference No. 109 |

On 5/17/2021, I did cause a copy of the following documents, described below,

Debtor's Motion to Dismiss Voluntary Petition and Proposed Order on Ronda J. Winnecour, Chapter 13 Trustee, via electronic mail, upon the United States Trustee, 1001 Liberty Avenue, Suite 970, Pittsburgh, PA 15222, and upon all parties and creditors on the attached mailing matrix               ECF Docket Reference No. 109

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 5/17/2021

/s/ Daniel R. White
Daniel R. White  78718

Zebley Mehalov & White, P.C.
P.O. Box 2123
Uniontown, PA  15401
724 439 9200

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CASE NO: 18-23598 CMB |
| MILDRED D DANKO | **CERTIFICATE OF SERVICE** <br> **DECLARATION OF MAILING** <br> Chapter: 13 <br> ECF Docket Reference No. 109 |

On 5/17/2021, a copy of the following documents, described below,

Debtor's Motion to Dismiss Voluntary Petition and Proposed Order on Ronda J. Winnecour, Chapter 13 Trustee, via electronic mail, upon the United States Trustee, 1001 Liberty Avenue, Suite 970, Pittsburgh, PA 15222, and upon all parties and creditors on the attached mailing matrix          ECF Docket Reference No. 109

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 5/17/2021

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Daniel R. White
Zebley Mehalov & White, P.C.
P.O. Box 2123
Uniontown, PA  15401

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

CASE INFO

| | | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>03152<br>CASE 18-23598-CMB<br>WESTERN DISTRICT OF PENNSYLVANIA<br>PITTSBURGH<br>MON MAY 17 11-54-32 EDT 2021 | KEVIN M BUTTERY<br>RAS CRANE<br>10700 ABBOTTS BRIDGE ROAD<br>SUITE 170<br>DULUTH GA 30097-8461 | CITIFINANCIAL SERVICING INC<br>PO BOX 6043<br>SIOUX FALLS SD 57117-6043 |
| COMMUNITY BANK<br>2111 N FRANKLIN STREET<br>WASHINGTON PA 15301-5893 | COMMUNITY BANK<br>90 WEST CHESTNUT STREET SUITE 100<br>WASHINGTON PA 15301-4524 | DEBTOR<br>MILDRED D DANKO<br>PO BOX 542<br>REPUBLIC PA 15475-0542 |
| DITECH FINANCIAL LLC<br>DITECH BANKRUPTCY DEPARTMENT<br>PO BOX 6154<br>RAPID CITY SD 57709-6154 | FAY SERVICING LLC<br>PO BOX 814609<br>DALLAS TX 75381-4609 | FAYETTE COUNTY TAX CLAIM BUREAU<br>FAYETTE COUNTY COURTHOUSE<br>61 EAST MAIN STREET<br>UNIONTOWN PA 15401-3514 |
| FAYETTE COUNTY TAX CLAIM BUREAU<br>CO SHERYL R HEID ESQ<br>4 NORTH BEESON BOULEVARD<br>UNIONTOWN PA 15401-3438 | CM/ECF E-SERVICE<br>(+) BRIAN NICHOLAS<br>KML LAW GROUP PC<br>701 MARKET STREET<br>SUITE 5000<br>PHILADELPHIA PA 19106-1541 | CM/ECF E-SERVICE<br>(+) OFFICE OF THE UNITED STATES TRUSTE<br>LIBERTY CENTER<br>1001 LIBERTY AVENUE SUITE 970<br>PITTSBURGH PA 15222-3721 |
| ONE MAIN FINANCIAL<br>PO BOX 140489<br>IRVING TX 75014-0489 | PO BOX 12914<br>NORFOLK VA 235410914 | PENNSYLVANIA DEPARTMENT OF REVENUE<br>BANKRUPTCY DIVISION<br>PO BOX 280946<br>HARRISBURG PA 17128-0946 |
| PENNSYLVANIA DEPT OF REVENUE<br>DEPARTMENT 280946<br>PO BOX 280946<br>ATTN- BANKRUPTCY DIVISION<br>HARRISBURG PA 17128-0946 | PHELAN HALLINAN DIAMOND  JONES LLP<br>ONE PENN CENTER PLAZA  SUBURBAN STATION<br>1617 JOHN F KENNEDY BLVD--SUITE 1400<br>PHILADELPHIA PA 19103-1814 | PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| SPECIALIZED LOAN SERVICING LLC<br>6200 S QUEBEC STREET<br>GREENWOOD VILLAGE CO 80111-4720 | SPECIALIZED LOAN SERVICING LLC<br>6200 S QUEBEC ST<br>GREENWOOD VILLAGE COLORADO 80111-4720 | US BANK TRUST NATIONAL ASSOCIATION AS TRU<br>PO BOX 814609<br>DALLAS TX 75381-4609 |
| US BANK TRUST NATIONAL ASSOCIATION AS TRU<br>CO FAY SERVICING LLC<br>PO BOX 814609<br>DALLAS TX 75381-4609 | US BANK TRUST NA<br>CO SELENE FINANCE LP<br>PO BOX 422039<br>HOUSTON TX 77242-4239 | WEINSTEIN  RILEY PS<br>1111 WEST 120TH AVENUE 280<br>BROOMFIELD CO 80021 |
| EXCLUDE<br>~~DANIEL R WHITE~~<br>~~ZEBLEY MEHALOV  WHITE PC~~<br>~~18 MILL STREET SQUARE~~<br>~~PO BOX 2123~~<br>~~UNIONTOWN PA 15401-1723~~ | WILMINGTON SAVINGS FUND SOCIETY<br>FSB TRUSTEESEE 410<br>CO SPECIALIZED LOAN SERVICING LLC<br>8742 LUCENT BLVD SUITE 300<br>HIGHLANDS RANCH COLORADO 80129-2386 | WILMINGTON SAVINGS FUND SOCIETY FSB<br>CO SPECIALIZED LOAN SERVICING LLC<br>6200 S QUEBEC STREET<br>GREENWOOD VILLAGE CO 80111-4720 |

```
PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL,
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

EXCLUDE                             CM/ECF E-SERVICE
RONDA J WINNECOUR                   (+) CHARLES GRIFFIN WOHLRAB
SUITE 3250 USX TOWER                ROBERTSON ANSCHUTZ SCHNEID CRANE  PA
600 GRANT STREET                    10700 ABBOTTS BRIDGE ROAD SUITE 170
PITTSBURGH PA 15219-2702            DULUTH GA 30097-8461
```

ADDRESSES WHERE PAPER DOCUMENT WAS SERVED VIA U.S. MAIL FOR PARTIES NOT SERVED THROUGH THE UNITED STATES BANKRUPTCY COURT'S NOTICE OF ELECTRONIC FILING ("NEF") SYSTEM.

(Trustee)
Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

cmecf@chapter13trusteewdpa.com

James Warmbrodt
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106

bkgroup@kmllawgroup.com

Brian Nicholas
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106

bnicholas@kmllawgroup.com

(Creditor)
U.S. Bank Trust National Association,
as trustee for CVF III Mortgage Loan
Trust II
C/O Fay Servicing, LLC
PO Box 814609
Dallas, TX 75381-4609
represented by:
Kevin M Buttery
RAS Crane
10700 Abbotts Bridge Road
Suite 170
Duluth, GA 30097

kbuttery@rascrane.com

(Creditor)
Specialized Loan Servicing LLC
6200 S. Quebec Street
Greenwood Village, CO 80111

(U.S. Trustee)
Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

ustpregion03.pi.ecf@usdoj.gov

James Warmbrodt
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106

bkgroup@kmllawgroup.com

Charles Griffin Wohlrab
Robertson, Anschutz, Schneid, Crane &
Pa
10700 Abbott's Bridge Road, Suite 170
Duluth, GA 30097

cwohlrab@raslg.com

(Creditor)
Fay Servicing, LLC, as servicer for U.
S. Bank Trust National Association, as
trustee for CVF III Mortgage Loan
Trust II
represented by:
Brian Nicholas
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106

bnicholas@kmllawgroup.com

(Debtor)
Mildred D. Danko
P.O. Box 542
Republic, PA 15475
represented by:
Daniel R. White
Zebley Mehalov & White, p.c.
18 Mill Street Square
P.O. Box 2123
Uniontown, PA 15401U.S.A.

dwhite@zeblaw.com

(Creditor)PRO SE
CVF III Mortgage Loan Trust II,
represented by:
Lisa Cancanon
Weinstein & Riley, P.S.
11101 West 120th Avenue
#280
Broomfield, CO 80021

lisac@w-legal.com