1
2
3
4
5

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

6

IN RE:

7

MILDRED D DANKO

8
9
10

CASE NO: 18-23598 CMB

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 13
ECF Docket Reference No. 109 & 114
Hearing Date: June 21, 2021
Hearing Time: 10:00 a.m.
Response Date: June 4, 2021

11

On 5/18/2021, I did cause a copy of the following documents, described below,

12

Debtor's Motion to Dismiss Voluntary Petition, Proposed Order and Notice of Zoom Hearing and Response Deadline Regarding Motion to Dismiss Voluntary Chapter 13 Bankruptcy on Ronda J. Winnecour, Chapter 13 Trustee, via electronic mail, upon the United States Trustee, 1001 Liberty Avenue, Suite 970, Pittsburgh, PA 15222, and upon all parties and creditors listed on the attached mailing matrix        ECF Docket Reference No. 109 & 114

13
14
15
16
17
18
19
20

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

21

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

22
23

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

24
25

DATED: 5/18/2021

26

/s/ Daniel R. White
Daniel R. White  78718

27

Zebley Mehalov & White, P.C.
P.O. Box 2123
Uniontown, PA  15401
724 439 9200

28

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

MILDRED D DANKO

CASE NO: 18-23598 CMB

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 13
ECF Docket Reference No. 109 & 114
Hearing Date: June 21, 2021
Hearing Time: 10:00 a.m.
Response Date: June 4, 2021

On 5/18/2021, a copy of the following documents, described below,

Debtor's Motion to Dismiss Voluntary Petition, Proposed Order and Notice of Zoom Hearing and Response Deadline Regarding Motion to Dismiss Voluntary Chapter 13 Bankruptcy on Ronda J. Winnecour, Chapter 13 Trustee, via electronic mail, upon the United States Trustee, 1001 Liberty Avenue, Suite 970, Pittsburgh, PA 15222, and upon all parties and creditors listed on the attached mailing matrix                ECF Docket Reference No. 109 & 114

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 5/18/2021

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Daniel R. White
Zebley Mehalov & White, P.C.
P.O. Box 2123
Uniontown, PA  15401

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL SERVICE.
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF" WERE SENT NOTICE OF ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

CASE INFO

 LABEL MATRIX FOR LOCAL NOTICING
03152
CASE 18-23598-CMB
WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH
TUE MAY 18 12-22-29 EDT 2021

KEVIN M BUTTERY
RAS CRANE
10700 ABBOTTS BRIDGE ROAD
SUITE 170
DULUTH GA 30097-8461

CITIFINANCIAL SERVICING INC
PO BOX 6043
SIOUX FALLS SD 57117-6043


DEBTOR

COMMUNITY BANK
2111 N FRANKLIN STREET
WASHINGTON PA 15301-5893

COMMUNITY BANK
90 WEST CHESTNUT STREETSUITE 100
WASHINGTON PA 15301-4524

MILDRED D DANKO
PO BOX 542
REPUBLIC PA 15475-0542


DITECH FINANCIAL LLC
DITECH BANKRUPTCY DEPARTMENT
PO BOX 6154
RAPID CITY SD 57709-6154

FAY SERVICING LLC
PO BOX 814609
DALLAS TX 75381-4609

FAYETTE COUNTY TAX CLAIM BUREAU
FAYETTE COUNTY COURTHOUSE
61 EAST MAIN STREET
UNIONTOWN PA 15401-3514


FAYETTE COUNTY TAX CLAIM BUREAU
CO SHERYL R HEID ESQ
4 NORTH BEESON BOULEVARD
UNIONTOWN PA 15401-3438

BRIAN NICHOLAS
KML LAW GROUP PC
701 MARKET STREET
SUITE 5000
PHILADELPHIA PA 19106-1541

OFFICE OF THE UNITED STATES TRUSTEE
LIBERTY CENTER
1001 LIBERTY AVENUE SUITE 970
PITTSBURGH PA 15222-3721


ONE MAIN FINANCIAL
PO BOX 140489
IRVING TX 75014-0489

PO BOX 12914
NORFOLK VA 235410914

PENNSYLVANIA DEPARTMENT OF REVENUE
BANKRUPTCY DIVISION
PO BOX 280946
HARRISBURG PA 17128-0946


PENNSYLVANIA DEPT OF REVENUE
DEPARTMENT 280946
PO BOX 280946
ATTN- BANKRUPTCY DIVISION
HARRISBURG PA 17128-0946

PHELAN HALLINAN DIAMOND  JONES LLP
ONE PENN CENTER PLAZA  SUBURBAN STATION
1617 JOHN F KENNEDY BLVD--SUITE 1400
PHILADELPHIA PA 19103-1814

PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067


SPECIALIZED LOAN SERVICING LLC
6200 S QUEBEC STREET
GREENWOOD VILLAGE CO 80111-4720

SPECIALIZED LOAN SERVICING LLC
6200 S QUEBEC ST
GREENWOOD VILLAGE COLORADO 80111-4720

US BANK TRUST NATIONAL ASSOCIATION AS
TRU
PO BOX 814609
DALLAS TX 75381-4609


US BANK TRUST NATIONAL ASSOCIATION AS
TRU
CO FAY SERVICING LLC
PO BOX 814609
DALLAS TX 75381-4609

US BANK TRUST NA
CO SELENE FINANCE LP
PO BOX 422039
HOUSTON TX 77242-4239

WEINSTEIN  RILEY PS
1111 WEST 120TH AVENUE 280
BROOMFIELD CO 80021


~~EXCLUDE~~
~~DANIEL R WHITE~~
~~ZEBLEY MEHALOV  WHITE PC~~
~~18 MILL STREET SQUARE~~
~~PO BOX 2123~~
~~UNIONTOWN PA 15401-1723~~

WILMINGTON SAVINGS FUND SOCIETY
FSB TRUSTEESEE 410
CO SPECIALIZED LOAN SERVICING LLC
8742 LUCENT BLVD SUITE 300
HIGHLANDS RANCH COLORADO 80129-2386

WILMINGTON SAVINGS FUND SOCIETY FSB
CO SPECIALIZED LOAN SERVICING LLC
6200 S QUEBEC STREET
GREENWOOD VILLAGE CO 80111-4720

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL (SEE
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF" FOR DELIVERY VIA ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

EXCLUDE

RONDA J WINNECOUR
SUITE 3250 USX TOWER
600 GRANT STREET
PITTSBURGH PA 15219-2702

CHARLES GRIFFIN WOHLRAB
ROBERTSON ANSCHUTZ SCHNEID CRANE  PA
10700 ABBOTTS BRIDGE ROAD SUITE 170
DULUTH GA 30097-8461

ADDRESSES (CONTINUED). LAST DOCUMENT HAS BEEN SERVED THROUGH SERVICE THROUGH THE COURT'S BANKRUPTCY COURT'S
NOTICE OF ELECTRONIC FILING ("NEF") SYSTEM.

(Trustee)
Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

cmecf@chapter13trusteewdpa.com

James Warmbrodt
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106

bkgroup@kmllawgroup.com

Brian Nicholas
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106

bnicholas@kmllawgroup.com

(Creditor)
U.S. Bank Trust National Association,
as trustee for CVF III Mortgage Loan
Trust II
C/O Fay Servicing, LLC
PO Box 814609
Dallas, TX 75381-4609
represented by:
Kevin M Buttery
RAS Crane
10700 Abbotts Bridge Road
Suite 170
Duluth, GA 30097

kbuttery@rascrane.com

(Creditor)
Specialized Loan Servicing LLC
6200 S. Quebec Street
Greenwood Village, CO 80111

(U.S. Trustee)
Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

ustpregion03.pi.ecf@usdoj.gov

James Warmbrodt
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106

bkgroup@kmllawgroup.com

Charles Griffin Wohlrab
Robertson, Anschutz, Schneid, Crane &
Pa
10700 Abbott's Bridge Road, Suite 170
Duluth, GA 30097

cwohlrab@raslg.com

(Creditor)
Fay Servicing, LLC, as servicer for U.
S. Bank Trust National Association, as
trustee for CVF III Mortgage Loan
Trust II
represented by:
Brian Nicholas
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106

bnicholas@kmllawgroup.com

(Debtor)
Mildred D. Danko
P.O. Box 542
Republic, PA 15475
represented by:
Daniel R. White
Zebley Mehalov & White, p.c.
18 Mill Street Square
P.O. Box 2123
Uniontown, PA 15401U.S.A.

dwhite@zeblaw.com

(Creditor)PRO SE
CVF III Mortgage Loan Trust II,
represented by:
Lisa Cancanon
Weinstein & Riley, P.S.
11101 West 120th Avenue
#280
Broomfield, CO 80021

lisac@w-legal.com