IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Case No. 18-23598 CMB |
| | : | |
| Mildred D. Danko, | : | Chapter 13 |
| | : | |
| Debtor. | : | Document No. |
| | : | |
| Mildred D. Danko, | : | Related To Document No. |
| | : | |
| Movant, | : | Hearing Date and Time: June 21, 2021, |
| | : | at 10:00 a.m. |
| vs. | : | |
| | : | Responses Due: June 4, 2021 |
| No Respondents. | : | |

CERTIFICATION OF NO OBJECTION REGARDING
MOTION TO DISMISS VOLUNTARY CHAPTER 13 BANKRUPTCY

    The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Dismiss Voluntary Chapter 13 Petition filed on May 18, 2021, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion to Dismiss Voluntary Chapter 13 Petition appears thereon. Pursuant to the Notice of Hearing, objections were to be filed and served no later than June 4, 2021.

    It is hereby respectfully requested that the order attached to the Motion to Dismiss Voluntary Chapter 13 Petition be entered by the Court.

Dated: June 7, 2021

    ZEBLEY MEHALOV & WHITE, P.C.
    By:

    /s/ Daniel R. White
        Daniel R. White
        PA I.D. No. 78718
        P.O. Box 2123
        Uniontown, PA 15401
        724-439-9200
        dwhite@Zeblaw.com
        Attorney for Debtor