**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | |
|---|---|
| MILDRED D. DANKO | Case No.:18-23598 |
| Debtor(s) | |
| Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 09/10/2018 and confirmed on 11/08/2018 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 20,600.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 20,600.00 |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 2,272.23 | |
|     Trustee Fee | 1,091.80 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 3,364.03 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
|   US BANK TRUST NA - TRUSTEE CVF III M1<br>    Acct: 6569 | 0.00 | 0.00 | 0.00 | 0.00 |
|   US BANK TRUST NA - TRUSTEE CVF III M1<br>    Acct: 6569 | 8,076.57 | 8,076.57 | 0.00 | 8,076.57 |
|   US BANK TRUST NA - TRUSTEE CVF III M1<br>    Acct: 6569 | 0.00 | 6,374.84 | 0.00 | 6,374.84 |
|   US BANK TRUST NA - TRUSTEE CVF III M1<br>    Acct: 6569 | 0.00 | 0.00 | 0.00 | 0.00 |
|   FAYETTE COUNTY TAX CLAIM BUR<br>    Acct: 0014 | 1,976.00 | 0.00 | 0.00 | 0.00 |
|   FAYETTE COUNTY TAX CLAIM BUR<br>    Acct: 0014 | 590.00 | 0.00 | 0.00 | 0.00 |
|   COMMUNITY BANK(*)<br>    Acct: 3571 | 3,545.07 | 2,358.45 | 426.11 | 2,784.56 |
|   SPECIALIZED LOAN SERVICING LLC - SVC<br>    Acct: 9520 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | 17,235.97 |

Priority

| 18-23598 | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 2 of 2 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| **Priority** | | | | |
| DANIEL R WHITE ESQ          Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| MILDRED D. DANKO          Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| ZEBLEY MEHALOV & WHITE PC          Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| ZEBLEY MEHALOV & WHITE PC          Acct: | 3,000.00 | 2,272.23 | 0.00 | 0.00 |
| ZEBLEY MEHALOV & WHITE PC          Acct: | 1,000.00 | 0.00 | 0.00 | 0.00 |
| | \*\*\*NONE\*\*\* | | | |
| **Unsecured** | | | | |
| SPECIALIZED LOAN SERVICING LLC - SVC          Acct: 9520 | 13,613.68 | 0.00 | 0.00 | 0.00 |
| PRA/PORTFOLIO RECOVERY ASSOC          Acct: 4513 | 11,311.22 | 0.00 | 0.00 | 0.00 |
| WEINSTEIN & RILEY PS          Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| SHERYL HEID          Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| PHELAN HALLINAN DIAMOND & JONES LLP          Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| WEINSTEIN & RILEY PS          Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| BRIAN C NICHOLAS ESQ          Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| RAS CRANE LLC          Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| PRA/PORTFOLIO RECOVERY ASSOC          Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | \*\*\*NONE\*\*\* | | | |

TOTAL PAID TO CREDITORS                                                                                                                17,235.97

TOTAL CLAIMED
PRIORITY            0.00
SECURED         14,187.64
UNSECURED       24,924.90

Date: 06/30/2021

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com